UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAH HERNANDEZ, | : | CIV. NO. 3:19cv01907(MPS) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ENFIELD BOARD OF EDUCATION, | : | |
| THE TOWN OF ENFIELD, and | : | |
| WALTER J. KRUZEL, | : | |
| CHAIRMAN, ENFIELD BOARD OF | : | |
| EDUCATION (in his official | : | |
| capacity), | : | SEPTEMBER 2, 2020 |
|     Defendants. | | |

## **ANSWER AND AFFIRMATIVE DEFENSES**

The defendant Town of Enfield ("this Defendant") hereby responds to plaintiff Sarah Hernandez's Complaint [Doc. 1], filed on December 3, 2019, as follows:

## **INTRODUCTION**

1. So much of Paragraph 1 as alleges, "Sarah Hernandez was, until her term ended on November 12, 2019, a member of the Board. She was elected to the Board and began her term in November 2017.", is admitted. As to the remainder of Paragraph 1, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

## JURISDICTION AND VENUE

4. As to the allegations of Paragraph 4, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

5. As to the allegations of Paragraph 5, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

6. As to Paragraph 6, this Defendant denies that any "acts constituting violations of the ADA and Section 504 occurred." As to the remaining allegations of Paragraph 6, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

## THE PARTIES

7. As to the allegations of Paragraph 7, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

8. So much of Paragraph 8 as alleges "is part of the Town of Enfield" is denied. As to the remaining allegations in Paragraph 8, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

9. Paragraph 9 is admitted.

10. Paragraph 10 is admitted.

11. Paragraph 11 is admitted.

12. So much of Paragraph 12 as alleges, "Defendant Walter J. Kruzel is the current Chairman of the Enfield Board of Education," is admitted. As to the remaining allegations in Paragraph 12, this

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

**STATEMENT OF FACTS**

13. As to the allegations in Paragraph 13, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

14. As to the allegations in Paragraph 14, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

15. As to the allegations in Paragraph 15, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

16. As to the allegations in Paragraph 16, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

17. As to the allegations in Paragraph 17, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

18. As to the allegations in Paragraph 18, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

19. As to the allegations of Paragraph 19, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

20. As to the allegations in Paragraph 20, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

21. As to the allegations in Paragraph 21, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

22. As to the allegations in Paragraph 22, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

23. As to the allegations in Paragraph 23, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

24. As to the allegations in Paragraph 24, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

25. So much of Paragraph 25 as alleges, "no Board meetings were held in July or August 2019," is denied. So much of Paragraph 25 as alleges "she did not attend the Board's September 2019 meeting," is admitted. As to the remaining allegations of Paragraph 25, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

26. As to the allegations in Paragraph 26, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

27. So much of Paragraph 27 as alleges, "as a result of the Defendants' refusal to reasonably modify their procedures, to provide her effective communication, and to accommodate her," is denied. As to the remaining allegations of Paragraph 27, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

**Count I**

28. This Defendant's responses to the preceding paragraphs are hereby incorporated as its response to Paragraph 28.

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

29. As to the allegations of Paragraph 29, this Defendant admits only that Title II of the ADA, 42 U.S.C. § 12131, et seq., and 28 C.F.R. Part 35 speak for themselves.

30. As to the allegations of Paragraph 30, this Defendant admits only that Title II of the ADA speaks for itself.

31. As to the allegations of Paragraph 31, this Defendant admits only that 28 C.F.R. § 35.130(b)(1)(vi) speaks for itself.

32. As to the allegations of Paragraph 32, this Defendant admits only that 28 C.F.R. § 35.130(b)(7) speaks for itself.

33. As to the allegations of Paragraph 33, this Defendant admits only that 28 C.F.R. § 35.160(a)(1) speaks for itself.

34. As to the allegations of Paragraph 34, this Defendant admits only that 28 C.F.R. § 35.160(b)(1) speaks for itself.

35. As to the allegations of Paragraph 35, this Defendant admits only that 28 C.F.R. §§ 35.134(a) and 35.134(b) speaks for themselves.

36. Paragraph 36 consists of a legal conclusion that requires no response from this Defendant. To the extent Paragraph 36 is not simply a legal conclusion, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

37. Paragraph 37 consists of a legal conclusion that requires no response from this Defendant.

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

38. As to the allegations in Paragraph 38, this Defendant lacks sufficient knowledge or information upon which to form an opinion or belief, and therefore leaves the plaintiff to her proof.

39. So much of Paragraph 39 as alleges, "Ms. Hernandez was elected to serve as a member of the Board," is admitted. The remaining allegations of Paragraph 39 amount to a legal conclusion that requires no response from this Defendant.

40. Paragraph 40 is denied.

41. Paragraph 41 is denied.

42. Paragraph 42 is denied.

43. Paragraph 43 is denied.

44. Paragraph 44 is denied.

45. Paragraph 45 is denied.

46. Paragraph 46 is denied.

47. As to the allegations of Paragraph 47, this Defendant admits only that 42 U.S.C. § 12188(a)(1) speaks for itself.

48. Paragraph 48 is denied.

**COUNT II**

49. This Defendant incorporates by reference all responses contained in the preceding paragraphs as if fully set forth herein.

50. As to the allegations of Paragraph 50, this Defendant admits only that 29 U.S.C. § 794(a) speaks for itself.

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

51. As to the allegations of Paragraph 51, this Defendant admits only that 29 U.S.C. § 794(b)(1) speaks for itself.

52. As to the allegations of Paragraph 52, this Defendant admits only that 34 C.F.R. § 104.4(b)(2) speaks for itself.

53. As to the allegations of Paragraph 53, this Defendant admits only that 34 C.F.R. § 104.4(b)(1)(iii) speaks for itself.

54. Paragraph 54 is admitted.

55. So much of Paragraph 55 as alleges, "was elected to membership on the Board," is admitted. As to the remaining allegations of Paragraph 55, this Defendant lacks sufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiff to her proof.

56. Paragraph 56 is denied.

57. Paragraph 57 is denied.

58. Paragraph 58 is denied.

59. Paragraph 59 is denied.

60. Paragraph 60 is denied.

## CLAIMS FOR RELIEF

61. This Defendant denies that plaintiff is entitled to any relief against it in this action or otherwise.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint, or portions thereof, fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate her damages, if any.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff has failed to exhaust her administrative remedies.

DEFENDANT, TOWN OF ENFIELD

BY /ss/ James N. Tallberg
James N. Tallberg, Esq.
Enfield Town Attorney
Federal Bar No.: ct17849
Patrick D. Allen, Esq.
Federal Bar No.: ct28403
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com

## **CERTIFICATION**

I hereby certify that on September 2, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/ss/ James N. Tallberg
James N. Tallberg