United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
January 11, 2024
Dinah Milton Kinney, Clerk
By _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SARAH HERNANDEZ,
    Plaintiff,

v.

ENFIELD BOARD OF EDUCATION and
TOWN OF ENFIELD,
    Defendants.

No. 3:19-cv-1907 (SRU)

## VERDICT FORM

We, the jury, unanimously find as follows:

First Claim: Title II of the ADA

1. Do you find, by a preponderance of the evidence, that the defendants, by reason of Ms. Hernandez's disability:

    a. Excluded Ms. Hernandez from equal participation in their services, programs, or activities?

        Yes __X__     No _____

    b. Denied Ms. Hernandez equal access to the benefits of their services, programs, or activities?

        Yes __X__     No _____

    c. Subjected Ms. Hernandez to discrimination?

        Yes __X__     No _____

*If you answered NO to all of the subparts of Question 1, you do not need to answer the remaining questions. Please sign and date this form. If you answered YES to any subpart of Question 1, proceed to Question 2.*

Second Claim: Section 504 of the Rehabilitation Act

2. Do you find, by a preponderance of the evidence, that the defendants, solely by reason of Ms. Hernandez's disability:

    a. Excluded Ms. Hernandez from equal participation in their programs or activities?

        Yes __X__     No _____

b. Denied Ms. Hernandez equal access to the benefits of their programs or activities?

   Yes __X__     No _____

   c. Subjected Ms. Hernandez to discrimination?

   Yes __X__     No _____

Affirmative Defense:

*If you answered YES to either or both of Questions 1 and 2, please answer the following question.*

3. Have the defendants proven, by a preponderance of the evidence, that providing Ms. Hernandez with effective communication and reasonable modifications would have imposed an undue burden on them?

   Yes _____     No __X__

Damages:

*If you answered YES to either or both of Questions 1 and 2, and NO to Question 3, please answer the following questions.*

4. Do you find, by a preponderance of the evidence, that the defendants' discrimination resulted from deliberate indifference to a strong likelihood that a violation of Ms. Hernandez's rights would result?

   Yes __X__     No _____

*If you answered YES, proceed to Question 5. If you answered NO, proceed to Question 6.*

5. Has Ms. Hernandez established by a preponderance of the evidence that she is entitled to compensatory damages as a result of the defendants' wrongful conduct?

   Yes _____     No __X__

*If you answered YES, state the amount of compensatory damages to which Ms. Hernandez is entitled.*

   Compensatory Damages: $_____

6. Has Ms. Hernandez established by a preponderance of the evidence that she is entitled to nominal damages as a result of the defendants' wrongful conduct?

   Yes __X__     No _____

*If you answered YES, state the amount of nominal damages to which Ms. Hernandez is entitled.*

Nominal Damages: $ 10.00

*Please sign and date this verdict form.*

_____/s/_____             1/11/2024
Foreperson                                Date