**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SARAH HERNANDEZ,
    Plaintiff,

    v.

ENFIELD BOARD OF EDUCATION,
TOWN OF ENFIELD,
    Defendants.

Case No.: 3:19-cv-01907-SRU

## JUDGMENT

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On September 8, 2022, the Court dismissed defendant Walter Kruzel from the case. On January 11, 2024, after deliberation, the jury returned a verdict in favor of the plaintiff, SARAH HERNANDEZ, against the defendants, ENFIELD BOARD OF EDUCATION and THE TOWN OF ENFIELD.

On January 23, 2024, Plaintiff filed a motion for declaratory and injunctive relief. Having considered the full record of the case, the Court entered a ruling on June 14, 2024, granting the motion for declaratory relief and imposing a permanent injunction, as set forth in the ruling. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of the plaintiff, SARAH HERNANDEZ, against the defendants, ENFIELD BOARD OF EDUCATION and THE TOWN OF ENFIELD, in accordance with the Court's ruling, and the case is closed.

Dated at Bridgeport, Connecticut, this 17 day of June, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Julia Reis
Deputy Clerk

EOD: 6/17/2024