# Exhibit 1-C

| Timekeeper Codes | Timekeeper Name | Rates |
|---|---|---|
| 114 | Eve Hill | $725 |
| 63 | Emily Levenson | $650 |
| 27 | Anthony May | $525 |
| 123 | Michael Abrams | $450 |
| 126 | Alyssa Hildreth | $395 |
| 171 | Erin O'Neill | $360 |
| 16 | Denise Altobelli | $300 |
| 129 | Katherine Garvey | $300 |
| 145 | Chantae Simms | $250 |
| 167 | Jason Zheng | $250 |
| 170 | Kayle Hill | $250 |